UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: )
Criminal Cases Assigned to ) MC 122-021
Judge J. Randal Hall )

**STANDING ORDER REGARDING THE ELECTRONIC FILING
OF PRESENTENCE INVESTIGATION REPORTS
AND OTHER SENTENCING RELATED DOCUMENTS**

This order, in combination with any procedures that this Court may adopt from time to time, shall govern the electronic filing of Presentence Investigation Reports ("PSR"), Motions for Departure and/or Variance, Sentencing Memoranda and other sentencing related documents in all criminal cases assigned to the undersigned judge.

Unless otherwise directed by the Court, the United States Probation Office shall file the initial PSR in each criminal case on the record. Counsel will only receive PSR reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the PSR and any objections and addenda thereto. The PSR and any objections and addenda thereto should only be disclosed to and reviewed by the defendant, counsel for the defendant, and United States Attorney's Office, the United States Probation Office, and the Court. If a defendant is detained, defense counsel may print a copy of the PSR and any addenda thereto to review with the defendant. However, counsel shall not leave a copy of the PSR and any addenda thereto with a detained defendant. Should counsel desire to leave the PSR or a portion thereof with a detained defendant, counsel must seek advanced approval by filing a motion with the Court. The Court ORDERS counsel for each party to state in writing within 14 days after receiving the initial PSR, and file on the record in a restricted manner

any objections to the PSR, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the PSR. If any party has no objections, the party shall file a written statement of no objections on the record in a restricted manner within 14 days of receiving the initial PSR. To be clear, within 14 days of receiving the initial PSR, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the PSR.

IT IS SO ORDERED, this 28th day October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA